THEA WOLF, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,191, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CECELIA MILLER, Respondent, v. CAROLYN LAUNDRY Co., INC., Appellant.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,711.38, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MANUFACTURERS TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee, etc., Respondents, v. ATHLETIC CLUB HOTELS CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELISHA SNIFFIN, as Trustee in Bankruptcy of ALFRED E. FIEGEL, Bankrupt, Appellant, v. CRITERION ADVERTISING COMPANY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BANCO NACIONAL DE MEXICO, S. A., Appellant, v. J. A. MEDINA COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BELLE LOWENFELD, Appellant, v. ISAAC LOWENFELD, Respondent.— Judgment so far as appealed from unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.